■ CAROLINE R. EARL, as Executrix of SAMUEL D. EARL, Deceased, Appellant, v. WILLIAM V. LAWRENCE, as Administrator of the Estate of ARTHUR W. LAWRENCE, II, Deceased, Respondent.—

Concur — Capozzoli, J. P., McGivern, Markewich, Nunez and McNally, JJ.

■ TEXAS IMPERIAL OIL AND GAS COMPANY et al., Respondents-Appellants, v. SAVOY INDUSTRIES, INC., et al., Appellants-Respondents.—

Concur — Eager, J. P., Markewich, Nunez, McNally and Steuer, JJ.